Decided November 20, 2003

LAURIE J. ALLEN *v.* RICHARD E. JOHNSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 740 (AC 22901), is denied.

*Anthony F. DiPentima,* in support of the petition.

*David M. Sheridan,* in opposition.

Decided November 20, 2003